```
       IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **EDDIE RAY JAMES, JR.,** | : |
| | : |
| Petitioner, | |
| | : |
| vs. | |
| | :   CIVIL ACTION 05-0417-CB-B |
| **WARDEN JERRY FERRELL AND COVINGTON COUNTY,** | |
| | : |
| Respondents. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.

DONE this 4th of October, 2005.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**